**Order entered November 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01421-CV

### AKBAR ALESHA, LLC, Appellant

### V.

### QUIK-WAY RETAIL ASSOCIATES II, LTD., Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-01224-D**

## ORDER

On October 17, 2013, appellant filed a motion for extension of time to file notice of appeal. The timeliness of the notice of appeal was dependent on the trial court granting appellant's pending "Rule 306a motion." *See* TEX. R. CIV. P. 306a4-5; TEX. R. APP. P. 4.2. On October 28, 2013, appellant informed the Court that the trial court had denied appellant's rule 306a motion. Accordingly, we **DENY** appellant's extension motion.

In its extension motion, appellant urged that if the trial court denied its rule 306a motion, appellant's notice of appeal could serve as a notice of restricted appeal. *See* TEX. R. APP. P. 25.1(d)(7), 30. Appellant's notice of appeal, however, does not comply with the requirements of a notice of restricted appeal. *See id.* TEX. R. APP. P. 25.1(d)(7). Accordingly, we **ORDER** appellant to file, within ten days of the date of this order, an amended notice of restricted appeal

that is in compliance with the rules.  *See id.*  We caution appellant that failure to comply with this Order will result in dismissal of the appeal without further notice.


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE